In the Matter of the Claim of COMMISSIONER OF TAXATION AND FINANCE OF THE STATE OF NEW YORK and the STATE TREASURER, on Account of the Death of GEORGE MARTIN, Respondents, against GEORGE WATSON and Another, Appellants.

---

* Affd., 250 N. Y. 507.  † Affd., 250 N. Y. 568.  ‡ Affd., 250 N. Y. 590.

STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board, on the authority of *Matter of Mausert* v. *Albany Builders Supply Co.* (250 N. Y. 21) and *Matter of Chrystal* v. *United States Trucking Corporation* (*ante*, p. 712). Van Kirk, P. J., Hinman, Davis and Hill, JJ., concur; Whitmyer, J., dissents on the ground that the award was improperly made to the State Treasurer.